IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GERARDO VELAZQUEZ-ORTEGA PETITIONER

V. CIVIL ACTION No. 5:26-CV-510-DCB-BWR

WARDEN, FIELD OFFICE DIRECTOR RESPONDENTS

ORDER

Before the Court is Petitioner Gerardo Velaquez-Ortega's Motion for Voluntary Dismissal of Habeas Corpus [ECF No. 8] without prejudice. At this juncture, the Court construes Petitioner's motion as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A). Thus, to the extent dismissal without prejudice must be by court order pursuant to Rule 41(a)(2), the Court finds good cause to grant Petitioner's motion. Petitioner filed the instant Petition [ECF No. 1] on June 4, 2026, and Respondent filed its Response [ECF No. 7] on September 9, 2026.

In his motion, Petitioner explains his intention is to "pursue voluntary departure, or other lawful arrangements for his departure from the United States." ECF No. 8 at 1. As such, Petitioner requests "dismissal without prejudice" of his habeas action. Id.; See also ECF No. 1. Further, Petitioner states that he "no longer wishes to continue litigating the request for habeas relief." Id.

IT IS, THEREFORE, ORDERED that Petitioner Gerardo Velaquez-Ortega's Motion for Voluntary Dismissal [ECF No. 8] is construed

as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A). Therefore, in accordance with Rule 41(a)(2), the Court finds the motion [ECF No. 8] is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to terminate the instant action without prejudice pursuant to Petitioner’s notice of voluntary dismissal.

SO ORDERED AND ADJUDGED, this the 2nd day of November, 2026.

/s/ David C. Bramlette
David C. Bramlette III
UNITED STATES DISTRICT JUDGE